UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT



| | |
|---|---|
| In Re: APPLICATION FOR | : |
| | : ss. Hartford, Connecticut |
| SEARCH WARRANT | : |
| | : |

3:20 mj 4 (RAR)

AFFIDAVIT

I, Thomas J. Ardito, being duly sworn, depose and state as follows:

**I.    INTRODUCTION**

1. I am a United States Postal Inspector assigned to the Wallingford, CT Domicile of the United States Postal Inspection Service. I have been so employed since January 2003. I am currently assigned to the Connecticut and Western Massachusetts Major Crimes Team. As a United States Postal Inspector assigned to the Major Crimes Team, my duties and responsibilities include, but are not limited to the investigation of the illegal shipment of narcotics and narcotics proceeds, as well as the laundering of drug proceeds via the United States Postal Service (USPS). I have received training in the areas of search and seizure, narcotics investigations and criminal law.

2. I am a law enforcement officer of the United States within the meaning of Title 18 U.S.C. § 3061, and am empowered by law to conduct investigations and make arrests for offenses enumerated in Title 21 U.S.C. §841(a) (1), §844 and other federal offenses.

3. The information set forth in this affidavit is based on an investigation I and other law enforcement agents are conducting. This affidavit does not contain every fact known

to me with respect to this investigation. Rather, it contains those facts I believe to be necessary to establish probable cause for issuance of this search warrant.

4. Based on my training and experience, I know that individuals shipping controlled substances via the United States Mail use Priority Mail Express and Priority Mail almost exclusively and often use fictitious names and/or fictitious return addresses to prevent them from being identified and apprehended by law enforcement.

5. Based on my training and experience, I know that narcotics traffickers send their illegal narcotics through the mail from source states, such as California, Colorado, Arizona, Texas, and the U.S. Territory of Puerto Rico. Also, based on my training and experience, I know individuals who receive narcotics parcels via the U.S. Mail often make return payments for those narcotics through the mail. The return payments are mailed to source states in the form of bulk U.S. currency and money orders, to include U.S. Postal Service money orders.

**II.     DESCRIPTION OF THE SUBJECT PARCEL**

6. Based on the information contained in this affidavit, there is probable cause to believe, and I do believe, that Priority Mail 3-Day Parcel displaying USPS tracking number 9505 5105 3707 9350 2581 60, addressed to Maria Green, 189 Newington Rd., Apt. 213, West Hartford, CT 06110 and bearing a return address of Christian Colon, Calle Almendo G-18, haciendas del Dorado, Toa Alta, P.R. 00853 (the "Subject Parcel"), contains controlled substances.



7. On or about December 19, 2019, the Subject Parcel was identified as a parcel possibly containing a controlled substance. The Subject Parcel weighs approximately 4 lbs. 7.40 oz. and bears $19.95 in U.S. Postage Paid.

8. A review of USPS database records indicates that the delivery address on the Subject Parcel, 189 Newington Rd., Apt. 213, West Hartford, CT 06110, is an actual address. A review of commercially available databases drawn on consumer transaction history, which have proven reliable in previous investigations, demonstrated no existing residential connection between an individual named Maria Green and the 189 Newington Rd., Apt. 213, West Hartford, CT address. An inquiry of USPS records returned similar results. Further review of USPS records demonstrated that the return address on the Subject Parcel, Calle Almendo G-18, haciendas del Dorado, Toa Alta, P.R. 00853,is not an actual address. A review of the commercially available databases cited above similarly produced no results for an individual named Christian Colon at

any written variation of the return address. An examination of USPS records produced similar results.

9. On December 19, 2019, the present Subject Parcel was examined by a trained narcotics detection dog. The Subject Parcel was individually placed among four (4) other similar sized parcels. Upon examination of the parcels, the canine alerted to the Subject Parcel. The parcels, including the Subject Parcel, were rearranged, two additional times, in different positions on the floor, and the handler and canine were called in again each time. The canine alerted to the Subject Parcel each additional time.

10. The canine is a four (4) year-old male yellow Labrador Retriever named Conner. Conner is assigned to Detective Zach Kashmanian of the Hartford Police Department. Conner was first certified in July of 2016 and was recently recertified in November of 2018. Conner is certified in the detection of marijuana, hashish, cocaine, crack cocaine, heroin, MDMA, methamphetamine, and anabolic steroids. Conner receives quarterly in-service training sessions in the detection of narcotics. Detective Kashmanian and Conner also train daily on all of the odors that Conner is trained to detect.

11. Based on the above, there is probable cause to believe, and I do believe, that located within the Subject Parcel, is evidence of a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 844(a). The Subject Parcel is presently in the custody of the U.S. Postal Inspection Service located at 141 Weston St, Hartford, CT 06101.

### III. CONCLUSION

12. WHEREFORE, I respectfully request that a search warrant be issued to search the Subject Parcel for evidence of illegal narcotics, and for any and all documents or other materials containing evidence of the participants in, and methods and plans of conducting, the suspected narcotics trafficking.

THOMAS J. ARDITO
UNITED STATES POSTAL INSPECTOR

Subscribed and sworn to before me this 2nd day of January, 2020.

/s/ Robert A. Richardson

HON. ROBERT A. RICHARDSON
UNITED STATES MAGISTRATE JUDGE